# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Miguel Angel Garfias-Ortega,

Plaintiff,

v.

Charles L. Ryan, *et al.*,

Defendants.

No. CV-17-01091-PHX-JJT (BSB)

**ORDER**

At issue is the Report and Recommendation (Doc. 145) ("R&R") entered by United States magistrate Judge Bridget S. Bade recommending that the Court dismiss Plaintiff's claims as against Defendant Modrejewski without prejudice for failure to serve pursuant to Fed. R. Civ. P. 4(m). Judge Bade entered the R&R on October 22, 2018, which advised Plaintiff he had fourteen days form the date of its service to file any Objections thereto, and if he did not, this Court could accept the R&R without further review. The time for filing objections passed long ago and Plaintiff has filed none. The Court therefore will accept the R&R.

IT IS ORDERED withdrawing the reference to Judge Bade solely on the issue of claims against Defendant Modrejewski.

IT IS FURTHER ORDERED adopting the R&R (Doc. 145) in whole and dismissing Plaintiff's claims against Defendant Modrejewski only, without prejudice, for failure to serve.

Dated this 8th day of March, 2019.

Honorable John J. Tuchi
United States District Judge